MATTHEW ABBASI, ESQ., SBN 215030
**ABBASI LAW CORPORATION**
8889 WEST OLYMPIC BLVD, SUITE 240
BEVERLY HILLS, CALIFORNIA 90211
TEL:(310) 358-9341
FAX: (888) 709-5448
EMAIL: matthew@malawgroup.com

Attorneys for Defendants,
DANA MOORE, individually, SERVICE INDUSTRIES
CONSULTANTS, LLC, a California Limited Liability Company

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | **Case No. 2:16-bk-12889-SK** |
| | **Chapter 7** |
| | **Adv. No. 2:16-ap-01335-SK** |
| LONNIE TODD MOORE, | **NOTICE OF JOINDER OF DEFENDANTS, DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO DEFENDANTS ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)** |
| Debtor. | |
| | **HEARING DATE AND TIME:** |
| | **Date:** July 31, 2018<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom 1575<br>**United States Bankruptcy Court**<br>**Roybal Federal Building**<br>**255 East Temple Street**<br>**Los Angeles, California 90012** |

1

**NOTICE OF JOINDER OF DEFENDANTS, DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC
TO DEFENDANTS ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OPPOSITIONS TO
CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

**TO THE HON. SANDRA R. KLEIN, US TRUSTEE'S OFFICE, DEBTOR, ALL CREDITORS, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT,** Defendants, DANA MOORE, individually, SERVICE INDUSTRIES CONSULTANTS, LLC, a California Limited Liability Company (collectively the "Movants"), do hereby join in and incorporate by this reference all of the facts and arguments set forth in Defendants, Antony Will, and Cook Island Trust Limited's (the "Defendants") and the Debtor, Lonnie Moore (the "Debtor") Opposition to the Chapter 7 Trustee's Motion for an Orders Seeking the Sale of the Real Property located at 7995 Briar Summit Drive, Los Angeles, CA 90046 (the "Motion") [docket 136].

The Movants specifically join in with the Debtor's Opposition (Docket 142) and the Defendants' Opposition (Docket 141). The Movant also reserve the right to provide any further evidence or argument that the Court may properly receive at or before the hearing on the Motion.

Dated: July 17, 2018

**ABBASI LAW CORPORATION**

/S/MATTHEW ABBASI, ESQ.
_____
Matthew Abbasi, Esq.
Attorney for Defendants,
DANA MOORE, individually, SERVICE INDUSTRIES CONSULTANTS, LLC, a California Limited Liability Company

2

**NOTICE OF JOINDER OF DEFENDANTS, DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO DEFENDANTS ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8889 West Olympic Boulevard, Suite 240, Beverly Hills, CA 90211**. A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINDER OF DEFENDANTS, DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO DEFENDANTS ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

**MOTION FOR NEW TRIAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/17/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Matthew Abbasi matthew@malawgroup.com;
Khachik Akhkashian akhkashianlaw@yahoo.com; www.ebrahimian@dbalaw.com
Evan Effres eme@kempinskylaw.com; Asa S Hami ahami@sulmeyerlaw.com
agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com, ahami@ecf.inforuptcy.com,
Louis E Kempinsky, lek@kempinskylaw.com,
Monserrat Morales mmorales@marguliesfaithlaw.com, Helen@marguliesfaithlaw.com
Victoria@marguliesfaithlaw.com, Brian@marguliesfaithlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jessica Vogel Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com, mviramontes@sulmeyerlaw.com,
David J Richardson on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee,
drichardson@sulmeyerlaw.com drichardson@ecf.inforuptcy.com
ron@ronaldrichards.com morani@ronaldrichards.com, justin@ronaldrichards.com

**2. SERVED BY UNITED STATES MAIL**: On **7/17/2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **7/17/2019** | **Matthew Abbasi** | /S/MATTHEW ABBASI |
| *Date* | *Printed Name* | *Signature* |

3

**NOTICE OF JOINDER OF DEFENDANTS, DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO DEFENDANTS ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**