MATTHEW ABBASI, ESQ., SBN 215030
**ABBASI LAW CORPORATION**
8889 WEST OLYMPIC BLVD, SUITE 240
BEVERLY HILLS, CALIFORNIA 90211
TEL: (310) 358-9341
FAX: (888) 709-5448
EMAIL: matthew@malawgroup.com

Attorneys for Interested Parties,
DANA MOORE, and SERVICE INDUSTRIES CONSULTANTS, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LONNIE TODD MOORE,<br><br>Debtor. | Case No. 2:16-bk-12889-SK<br><br>**Chapter 7**<br><br>**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**<br><br>**HEARING DATE AND TIME:**<br><br>**Date: July 31, 2018**<br>**Time: 9:30 a.m.**<br>**Place: Courtroom 1575**<br>**United States Bankruptcy Court**<br>**Roybal Federal Building**<br>**255 East Temple Street**<br>**Los Angeles, California 90012** |

**TO THE HON. SANDRA R. KLEIN, US TRUSTEE'S OFFICE, DEBTOR, ALL CREDITORS, AND ALL PARTIES IN INTEREST:**

1

1     **PLEASE TAKE NOTICE THAT,** Interested Parties, DANA MOORE, individually, SERVICE INDUSTRIES CONSULTANTS, LLC, a California Limited Liability Company (collectively the "Movants"), do hereby join in and incorporate by this reference all of the facts and arguments set forth in Antony Will, and Cook Island Trust Limited (collectively the "Trust") and the Debtor, Lonnie Moore's (the "Debtor") Objection and Opposition to the Chapter 7 Trustee's Motion for an Order Seeking the Sale of the Real Property located at 7995 Briar Summit Drive, Los Angeles, CA 90046 (the "Motion") [docket 136].

    The Movants specifically join in with the Debtor's Opposition; Objection (Docket 142) and the Trust's Opposition and Objection (Docket 141); and all other Oppositions and Objections filed to the Motion. The Movant also reserve the right to provide any further evidence or argument that the Court may properly receive at or before the hearing on the Motion.

Dated:  July 24, 2018                                        **ABBASI LAW CORPORATION**

                                                                      /S/MATTHEW ABBASI, ESQ.

                                                                      _____
Matthew Abbasi, Esq.
Attorney for Defendants,
DANA MOORE, individually, SERVICE INDUSTRIES CONSULTANTS, LLC, a California Limited Liability Company

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8889 West Olympic Boulevard, Suite 240, Beverly Hills, CA 90211**. A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/24/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Matthew Abbasi matthew@malawgroup.com;

Khachik Akhkashian on behalf of Debtor Lonnie Todd Moore
akhkashianlaw@yahoo.com, www.ebrahimian@dba-law.com

Selwyn Chu on behalf of Interested Party Courtesy NEF
schu@kbylaw.com, mperciavalle@kbylaw.com,syoung@kbylaw.com,athomas@kbylaw.com

Evan Effres on behalf of Interested Party Courtesy NEF
eme@kempinskylaw.com

Evan Effres on behalf of Plaintiff David Hilty
eme@kempinskylaw.com

Evan Effres on behalf of Plaintiff Shereen Arazm
eme@kempinskylaw.com

Marian Garza on behalf of Creditor BMW Financial Services NA, LLC
ecfnotices@ascensioncapitalgroup.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Trustee Elissa Miller (TR)
ahami@sulmeyerlaw.com,
agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Merdaud Jafarnia on behalf of Creditor DLJ Mortgage Capital, Inc.,
bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

| | |
|---|---|
| 1 | Louis E Kempinsky on behalf of Creditor David Hilty<br>lek@kempinskylaw.com |
| 2 | |
| 3 | Louis E Kempinsky on behalf of Interested Party Courtesy NEF<br>lek@kempinskylaw.com |
| 4 | Louis E Kempinsky on behalf of Plaintiff David Hilty<br>lek@kempinskylaw.com |
| 5 | |
| 6 | Louis E Kempinsky on behalf of Plaintiff Shereen Arazm<br>lek@kempinskylaw.com |
| 7 | Raffi Khatchadourian on behalf of Creditor Bank of America, N.A.,<br>raffi@hemar-rousso.com |
| 8 | |
| 9 | Raffi Khatchadourian on behalf of Interested Party Courtesy NEF<br>raffi@hemar-rousso.com |
| 10 | Elissa Miller (TR)<br>CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com |
| 11 | Monserrat Morales on behalf of Interested Party Courtesy NEF<br>Monsi@MarguliesFaithLaw.com,<br>Victoria@MarguliesFaithLaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Dana@marguliesfaithlaw.com |
| 12 | |
| 13 | |
| 14 | Monserrat Morales on behalf of Plaintiff David Hilty<br>Monsi@MarguliesFaithLaw.com,<br>Victoria@MarguliesFaithLaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Dana@marguliesfaithlaw.com |
| 15 | |
| 16 | Monserrat Morales on behalf of Plaintiff Shereen Arazm<br>Monsi@MarguliesFaithLaw.com,<br>Victoria@MarguliesFaithLaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Dana@marguliesfaithlaw.com |
| 17 | |
| 18 | Dipika Parmar on behalf of Creditor BMW Financial Services NA, LLC<br>dipika.parmar@aissolution.com |
| 19 | |
| 20 | Ronald N Richards on behalf of Interested Party Courtesy NEF<br>ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com |
| 21 | David J Richardson on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee<br>drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| 22 | |
| 23 | David J Richardson on behalf of Plaintiff Elissa D Miller<br>drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| 24 | David J Richardson on behalf of Trustee Elissa Miller (TR)<br>drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| 25 | |
| 26 | Cassandra J Richey on behalf of Interested Party Courtesy NEF<br>cmartin@pralc.com |
| 27 | Michael N Sofris on behalf of Defendant Cook Islands Trust Limited<br>michaelsofris@gmail.com, filmlawyer@aol.com |
| 28 | |

4

**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

Michael N Sofris on behalf of Defendant Antony Will
michaelsofris@gmail.com, filmlawyer@aol.com

Michael N Sofris on behalf of Interested Party Antony Will, Trustee
michaelsofris@gmail.com, filmlawyer@aol.com

Michael N Sofris on behalf of Interested Party Cook Island Trust, LTD
michaelsofris@gmail.com, filmlawyer@aol.com

Michael N Sofris on behalf of Interested Party ANTONY WILL
michaelsofris@gmail.com, filmlawyer@aol.com

Diana Torres-Brito on behalf of Creditor Bank of America, N.A.,
ecfcca@ecf.courtdrive.com;dtorres-brito@pralc.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Jessica Vogel on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee
Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Jessica Vogel on behalf of Trustee Elissa Miller (TR)
Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

2. **SERVED BY UNITED STATES MAIL**: On **7/24/2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

LEA Accountancy, LLP
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010

James McDonald
7095 Hollywood Blvd #327
Los Angeles, CA 90028

    3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

///

5

**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/24/2019 | Matthew Abbasi | /S/MATTHEW ABBASI |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

6

**NOTICE OF JOINDER OF INTERESTED PARTIES DANA MOORE, AND SERVICE INDUSTRIES CONSULTANTS, LLC TO ANTONY WILL AND COOK ISLAND TRUST LIMITED AND DEBTOR'S OBJECTIONS AND OPPOSITIONS TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER (DOCKET 136)**